| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Vance<br>Special Agent: Monfette, ATF | Telephone: (810) 766-5177<br>Telephone: (810) 341-5730 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Robert L. Fields,

Case No.    4:23-mj-30264
Judge: Ivy, Curtis
Filed: 06-27-2023

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 17, 2023__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Illegal possession of a machine gun |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Todd Monfette, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 27, 2023

City and state: Bay City, MI

*Judge's signature*

Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Todd Monfette, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, assigned to the Detroit Field Division since July 2017. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and or participated in numerous criminal investigations involving the possession and use of firearms, drug trafficking violations, criminal street gangs and other violations of federal law.

## PURPOSE OF AFFIDAVIT

3.    The purpose of this affidavit is to establish probable cause that Robert Fields (DOB XX/XX/1986) violated 18 U.S.C. § 922(o) (illegal possession of a machine gun) and 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) on or about June 17, 2023, in the Eastern District of Michigan.

4.    In June of 2023, I reviewed a Computerized Criminal History (CCH) of Fields and records with the Michigan Department of Corrections, which reveal that Fields has been convicted of the following felony offense:

- 2014 – Attempt carrying a concealed weapon
- 2018 – Carrying a concealed weapon

## PROBABLE CAUSE

5.    I have reviewed documents and reports regarding the June 17, 2023, arrest of Fields, during which the Michigan State Police (MSP) recovered a tan colored Glock, model 19x, 9mm caliber pistol with a machine gun conversion device installed, twenty-two (22) live rounds of 9mm ammunition, a Springfield, model 1911-A1, .45 caliber pistol and fifteen (15) live rounds of .45 caliber ammunition.

6.    On June 17, 2023, MSP Troopers Nason Haelein and Nicholas Salski were on patrol in the city of Flint when they observed a motorcycle disregard a stop sign at an intersection. The troopers conducted a traffic stop and made contact with the driver who verbally identified himself as Robert Fields. Troopers verified Fields

identity utilizing the Statewide Network of Agency Photos (SNAP). Fields informed the Troopers he did not have a driver's license on him or a valid registration for the motorcycle.

7. Fields was placed in handcuffs for operating without a driver's license. Fields consented to a search of his person which revealed a folded lottery ticket containing suspected heroin in his front pocket and a small clear plastic bag containing ten circular blue pills. A search of the tan shoulder bag Fields was wearing during the traffic stop revealed the following:

- A tan in color Glock, model 19X, 9mm pistol, S/N: BTRK727 with a machine gun conversion device installed.

- A Springfield, model 1911 A-1, .45 caliber pistol, S/N: WW90367.

- An extended Glock pistil magazine with twenty-two (22) live rounds of 9mm ammunition.

- An extended Springfield pistol magazine loaded with fifteen (15) live rounds of .45 caliber ammunition.

8. A subsequent Law Enforcement Information Network (LEIN) query revealed both recovered firearms were reported stolen.

9. On June 20, 2023, Special Agents (S/A) Todd Monfette and Chris Zylik conducted a post Miranda custodial interview of Fields at the Genesee County Jail. Fields provided the following information:

3

- Fields acknowledged being a previously convicted felon and being prohibited from possessing firearms.

- Fields stated he recently purchased both of the recovered firearms off the "street."

- Fields stated he acquired the machine gun conversion device after he purchased the Glock pistol and installed it on the firearm himself.

- Fields acknowledged he knew the "switch" slang terminology for a machine gun conversion device) made the firearm function fully automatic.

10. On June 20, 2023, I contacted Interstate Nexus Expert ATF Special Agent Dustin Hurt. SA Hurt advised, based upon the description provided, without physically examining the firearms, that both firearms are firearms as defined under 18 U.S.C. § 921 and were both manufactured outside of the state of Michigan after 1898, and therefore the firearms had traveled in and affected interstate commerce.

## CONCLUSION

11. Based upon the above information, probable cause exists to believe that Robert Fields, knowing that he had a prior conviction for a crime punishable by imprisonment for more than a year, knowingly possessed firearms, that is, a Glock, model 19x, 9mm pistol, and a Springfield, model 1911A-1, .45 caliber pistol and such firearms were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1). There is also probable cause to believed that Robert Fields did knowingly illegally possess a machine gun in violation 18 U.S.C. § 922(o). These violations occurred on or about June 17, 2023, in the Eastern District of Michigan.

_____
Todd Monfette, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this 27th day of June 2023.

_____
Hon. Patricia T. Morris
United States Magistrate Judge